## JOSEPH CAMPAU, ADMINISTRATOR OF DENIS CAMPAU, DECEASED, *versus* JACOB SMITH

JOURNAL ENTRIES (1821): *Journal 3:* (1) Jury trial, verdict *p. 218; (2) constable sworn to attend jury *p. 219.
PAPERS IN FILE: (1) Precipe for subpoena.
*1821 Calendar*, MS p. 108. Recorded in *Book A*, MS pp. 309–17.

## PHILIP LÉCUYER AND GEORGE E. WATSON *versus* BENJAMIN CHITTENDEN (HENRY J. HUNT, STEPHEN MACK AND DAVID COOPER, GARNISHEES OR TRUSTEES)

JOURNAL ENTRIES (1821–23): *Journal 3:* (1) Continued *p. 221; (2) continued *p. 333; (3) discontinued *p. 386.
PAPERS IN FILE: (1) Precipe for capias; (2) capias and return; (3) precipe for attachment; (4) attachment bond; (5) writ of attachment and return.
*Office Docket*, MS p. 74, c. 7. (Case 45 of 1820)